5244/Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

CARBAMERICAS, INC.,

       Plaintiff,

vs.

SEABOARD MARINE LTD.,
a Liberian corporation,

       Defendant.
_____/

### *COMPLAINT*

COMES NOW the Plaintiff, CARBAMERICAS, INC., by and through the undersigned attorneys, and sues the Defendant, SEABOARD MARINE LTD., and alleges that:

1. This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. In addition, upon information and belief, there is a forum selection clause in the Defendant's bill of lading which calls for all lawsuits to be brought in the Federal Court for the Southern District of Florida in Miami, Florida.

2. The Plaintiff, CARBAMERICAS, INC., is a Florida Corporation, doing business in Miami, Dade County, Florida and was the consignee of the subject cargos hereinbelow described.

3. The Defendant, SEABOARD MARINE LTD., (hereinafter "SEABOARD") is a foreign corporation, organized under the laws of the Republic of Liberia, doing business in

Miami, Dade County, Florida as a common carrier of merchandise-by-water-for-hire and at all times material hereto was the carrier of the subject cargo hereinbelow described.

4.   On or about April 11, 2012, the Defendant received a shipment of 5,280 boxes of fresh mangos for door-to-door transportation from Leon, Nicaragua to Miami, Florida with ultimate delivery to Pompano Beach, Florida.

5.   The Defendant received the subject cargo in good order and sound condition and accordingly issued its Bill of Lading number SMLU 3043277A, attached hereto as Exhibit "A", without exception.

6.   A significant portion of the subject cargo was delivered at destination with heat damage.

7.   As a result thereof, the Plaintiff has been damaged in an amount in excess of Six Thousand Nine Hundred Fourteen and 00/100 Dollars ($6,914.00).   The Plaintiff reserves the right to amend this amount at the time of trial

8.   Plaintiff has complied with all conditions precedent to the bringing of this action.

9.   The Defendant provided an extension of suit time up to and including August 11, 2013.

### *COUNT I - COGSA*

The Plaintiff realleges and repeats paragraphs 1 through 9 as if set forth herein at length and alleges further that:

10.   On or about April 11, 2012, SEABOARD contracted and agreed to deliver a cargo consisting of 5,280 boxes of fresh mangos in good order and condition and, as

evidence of that agreement, issued, without exception, its Bill of Lading SMLU 3043277A attached hereto as Exhibit "A"

11.     The Defendant breached its contract of carriage by failing to deliver the cargo at destination in the same good order and sound condition as when received.

12.     As a proximate result thereof, the Plaintiff has been damaged in an amount in excess of Six Thousand Nine Hundred Fourteen and 00/100 Dollars ($6,914.00). The Plaintiff reserves the right to amend this amount at the time of trial.

**WHEREFORE**, the Plaintiff, CARBAMERICAS, INC., prays that this Honorable Court enter a judgment against the Defendant, SEABOARD MARINE, LTD., in favor of the Plaintiff in an amount in excess of Six Thousand Nine Hundred Fourteen and 00/100 Dollars ($6,914.00) or as otherwise determined by this Court together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

DATED at Miami, Dade County, Florida this 9th day of August, 2013.

Respectfully submitted,

*S/Michael C. Black*

By: _____

MICHAEL C. BLACK, ESQUIRE
F.B.N. 0056162
e-mail:  mblack@marlaw.com
KATE S. GOODSELL, ESQUIRE
F.B.N. 0063399
e-mail: kgoodsell@marlaw.com
CASSIDY & BLACK, P.A.
Dadeland Square at the Greenery Mall
7700 North Kendall Drive, Suite 505
Miami, Florida 33156
Telephone:     (305) 271-8301
Facsimile:     (305) 271-8302
*Counsel for Plaintiff*

3